UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARRELL W. BUMPAS          ]
    Plaintiff,             ]
                           ]     No. 3:12-cv-0207
v.                         ]     (No. 3:12-mc-0002)
                           ]     Judge Sharp
MIDDLE TENNESSEE MENTAL HEALTH  ]
INSTITUTE, et al.          ]
    Defendants.            ]

## O R D E R

On January 5, 2012, the plaintiff submitted a complaint (Docket Entry No.1). However, the complaint was not signed and the plaintiff had failed to either pay the fee required to file the complaint or submit an application to proceed in forma pauperis.

Accordingly, an order (Docket Entry No.2) was entered on January 10, 2012 granting the plaintiff thirty (30) days in which to submit a signed complaint and either pay the full filing fee of three hundred fifty dollars ($350) or proffer an application to proceed in forma pauperis.

A copy of this order was sent to the plaintiff at his last known address. That mail was returned with the notation "Return to Sender - No Longer Here". Docket Entry No.4.

The thirty days have elapsed and the plaintiff has neither complied with the order nor reported his new address to the Clerk of Court. When a plaintiff fails to keep the Court informed of his

current address, his complaint is subject to dismissal for want of prosecution. <u>Carey v. King</u>, 856 F.2d 1439, 1441 (9th Cir. 1988).

Therefore, the Clerk is directed to file the instant action. This action is hereby DISMISSED for failure to comply and for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge